IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LEE ALLEN MATTSON,<br>                    Appellant,<br>vs.<br>RALPH ACHIM BLUEMEL,<br>                    Respondent. | No. 80877 |
| LEE ALLEN MATTSON,<br>INDIVIDUALLY,<br>                    Appellant,<br>vs.<br>RALPH ACHIM BLUEMEL,<br>                    Respondent. | No. 81248 ✓ |

**FILED**

NOV 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant has filed a motion to voluntarily dismiss the appeal in Docket No. 81248. The unopposed motion is granted. The appeal in Docket No. 81248 is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jerry A. Wiese, District Judge
      Stovall & Associates
      Ranalli Zaniel Fowler & Moran, LLC/Henderson
      Eighth District Court Clerk

20-42336